IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE FORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY | : | NO. 08-CV-2018 |

**ORDER**

AND NOW, this 8 day of June 2009, upon consideration of defendant Southeastern Pennsylvania Transportation Authority's motion to dismiss the § 1981 complaint, plaintiff Willie Ford's response and defendant's reply, it is hereby ORDERED that defendant's motion to dismiss the § 1981 complaint is GRANTED and plaintiff's complaint is DISMISSED. Judgment is entered in favor of defendant Southeastern Pennsylvania Transportation Authority and against plaintiff Willie Ford. The Clerk is directed to close this case statistically.

s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.